UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEANTE DRAKE,** | : | |
| | : | |
| Petitioner | : | No. 1:16-CV-01034 |
| | : | |
| vs. | : | (Judge Kane) |
| | : | |
| **WARDEN OF ALLENWOOD LOW,** | : | |
| | : | |
| Respondent | : | |

## ORDER

In accordance with the accompanying memorandum, on this 16th day of December 2016, **IS HEREBY ORDERED THAT:**

1. Drake's petition for writ of habeas corpus (Doc. No. 1) is dismissed.

2. The Clerk of Court is directed to close this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania